**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RODNEY A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-00588 HEA |
| | ) | |
| JUDGE VINCE JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

Rodney Campbell, a self-represented prisoner incarcerated at the St. Charles County Detention Center, alleges that he has been treated improperly by Judge Vince Johnson in St. Charles County Court. [ECF No. 1]. He seeks leave to pursue this action in forma pauperis. [ECF No. 4]. Because Plaintiff has accrued three strikes under the Prison Litigation Reform Act (PLRA), the Court denies the request and orders him to pay the full $405 filing fee.

The PLRA is designed to "filter out the bad [prisoner] claims and facilitate consideration of the good." *Jones v. Bock*, 549 U.S. 199, 204 (2007). One mechanism for doing so is the three-strikes provision of 28 U.S.C. § 1915(g). *Orr v. Clements*, 688 F.3d 463, 464 (8th Cir. 2012). Section 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff has filed numerous cases in this Court in the past six months, and at least three of Plaintiff's prior lawsuits have been dismissed pursuant to § 1915(g). *See Campbell v. St. Charles County Jail, et al.*, No. 4:25-cv-1902 ACL (E.D.Mo); *Campbell v. St. Charles County Jail, et al.,* No. 4:26-cv-00152 HEA (E.D.Mo.); *Campbell v. Madison County Jail, et al.,* No. 4:26-cv-00165 RHH (E.D.Mo.); and *Campbell v. Campanga, et al.,* No. 4:25-cv-1901 JMB (E.D.Mo.). The Court takes judicial notice of these records. *See Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005) (stating that courts "may take judicial notice of judicial opinions and public records").

Because Plaintiff has accumulated three strikes under § 1915(g), the Court cannot grant him leave to proceed in forma pauperis in this matter unless he "is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff does not assert that he is under imminent danger of serious physical injury in his complaint. Therefore, the Court denies his motion to proceed in forma pauperis. *See* 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis [ECF No. 4] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall pay the $405 filing fee within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order will result in the dismissal of this action without prejudice and without further notice.

Dated this 6th day of May, 2026.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE